# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

```
FILED: MAY 22, 2008
08CV3003         TG
JUDGE HIBBLER
MAGISTRATE JUDGE KEYS
```

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

**Plaintiff**(s): RACHEL GRIFFITH

County of Residence:

Plaintiff's Atty:  Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 W. Madison Street
Suite 5350
Chicago, Illinois
(312) 261-4550

Jeffrey R. Anderson
JEFF ANDERSON AND ASSOCIATES, P.A.
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101
(651) 227-9990

**Defendant**(s): MARQUETTE MANOR BAPTIST CHURCH

County of Residence:

Defendant's Atty:

Joseph G. Skryd
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue, #200, Wheaton, IL 60187
(630) 653-9300

**II. Basis of Jurisdiction:**    **4. Diversity (complete item III)**

**III. Citizenship of Principal Parties** (Diversity Cases Only)

Plaintiff:-**1 Citizen of South Carolina**

Defendant:-**5 IL Corp and Principal place of Business in IL**

<u>IV. Origin</u> : **2. Removed From State Court**

<u>V. Nature of Suit:</u> **360 Other Personal Injury**

<u>VI.Cause of Action:</u> **U.S.C. Sections 1332 and 1441**

<u>VII. Requested in Complaint</u>

   Class Action:**No**

   Dollar Demand:

   Jury Demand:**No**

<u>VIII.</u> This case **<u>IS NOT</u>** a refiling of a previously dismissed case.

---

**Signature:**   s/ Joseph G. Skryd

**Date:**   May 22, 2008

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**
**Revised: 06/28/00**