## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| RACHEL GRIFFITH | FILED: MAY 22, 2008 |
| V. | 08CV3003    TG |
| | JUDGE HIBBLER |
| MARQUETTE MANOR BAPTIST CHURCH, ET. AL. | MAGISTRATE JUDGE KEYS |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARQUETTE MANOR BAPTIST CHURCH

| |
|---|
| NAME (Type or print) <br> Matthew R. Schreck |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Matthew R. Schreck |
| FIRM <br> Mulherin, Rehfeldt & Varchetto, P.C. |
| STREET ADDRESS <br> 211 South Wheaton Avenue, Suite 200 |
| CITY/STATE/ZIP <br> Wheaton, Illinois 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6283958 | TELEPHONE NUMBER <br> (630) 653-9300 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

I hereby certify that on May 22, 2008, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 W. Madison Street
Suite 5350
Chicago, Illinois

Jeffrey R. Anderson
JEFF ANDERSON AND ASSOCIATES, P.A.
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101


s/ Matthew R. Schreck