IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RACHEL GRIFFITH, )<br>)<br>   Plaintiff, )<br> v. )<br>)<br>MARQUETTE MANOR BAPTIST CHURCH, )<br>AN ILLINOIS NOT-FOR-PROFIT )<br>CORPORATION and EDWARD D. GREENE, )<br>)<br>   Defendants. ) | No. FILED: MAY 22, 2008<br>  08CV3003  TG<br>  JUDGE HIBBLER<br>  MAGISTRATE JUDGE KEYS |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO FILE ITS RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

  NOW COMES the Defendant, MARQUETTE MANOR BAPTIST CHURCH, by and through its attorneys, MULHERIN, REHFELDT & VARCHETTO, P.C., and for Defendant's Motion for Enlargement of Time to File Its Responsive Pleading to Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 6(b)(1), state as follows:

  1. On or about April 23, 2008, Plaintiff, Rachel Griffith, commenced this action by filing a Complaint against Defendant, MARQUETTE MANOR BAPTIST CHURCH, in the Circuit Court of Cook County, Illinois, case number 2008 L 4417.

  2. On or about April 28, 2008, the Defendant, MARQUETTE MANOR BAPTIST CHURCH, was served with a Summons and Plaintiff's Complaint.

  3. On May 22, 2008, the Defendant, MARQUETTE MANOR BAPTIST CHURCH, removed this matter to this Court.

  4. The Defendant requires fourteen (14) days, namely up to and including June 6, 2008, to file its responsive pleading to Plaintiff's Complaint.

1

5.  The Defendant has been diligent in preparing its responsive pleading to the Plaintiff's Complaint. However, in light of various personal and other issues, the Defendant will be unable to complete its responsive pleading to Plaintiff's Complaint by the prescribed due date.

6.  This is the Defendant's first extension request in this matter. All other prior pleadings and documents filed by the Defendant in this matter have been timely filed pursuant to order of the Court.

WHEREFORE, the Defendant, MARQUETTE MANOR BAPTIST CHURCH, respectfully requests that this Honorable Court grant the Defendant's Motion for Enlargement of Time to File its Responsive Pleading to Plaintiff's Complaint for the reasons stated herein.

>Respectfully Submitted,
>
> s/ Joseph G. Skryd_____
>Joseph G. Skryd, One of the Attorneys for Defendant,
>MARQUETTE MANOR BAPTIST CHURCH,

Joseph G. Skryd
Mulherin, Rehfeldt & Varchetto, P.C.
211 S. Wheaton Avenue, Suite 200
Wheaton, Illinois 60187

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 22, 2008, I electronically filed the foregoing Motion for with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 W. Madison Street
Suite 5350
Chicago, Illinois

Jeffrey R. Anderson
JEFF ANDERSON AND ASSOCIATES, P.A.
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101

                                            s/ Joseph G. Skryd