IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RACHEL GRIFFITH, )<br>)<br>      Plaintiff, )<br>  -vs- )<br>)<br>)<br>)<br>MARQUETTE MANOR BAPTIST CHURCH, )<br>an Illinois not-for-profit Corporation and )<br>EDWARD D. GREENE, )<br>      Defendants. ) | Case No.   08-CV-3003<br>  Judge Hibbler<br>  Magistrate Judge Keys<br><br>Reliance Upon Plaintiff's Jury Demand |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME
TO FILE IT'S RESPONSIVE PLEADINGS TO PLAINTIFF'S COMPLAINT**

Now comes one of the Defendants herein, EDWARD D. GREENE, by and through his attorney, Daniel E. Radakovich, and pursuant to Federal Rule of Civil Procedure 6(b)(1) respectfully prays this Honorable Court for an additional period of forty-five (45) days to answer or otherwise plead to the Complaint at Law filed by the Plaintiff herein and in support whereof states as follows:

    1. That the Plaintiff herein filed her Complaint at Law naming EDWARD D. GREENE as one of the Defendants herein;

    2. That based upon information and belief EDWARD D. GREENE was served with a copy of a Summons and the Complaint at Law on or about May 1, 2008 at the Stateville Correctional Center - Reception Division within the Illinois Department of Corrections where the Defendant EDWARD D. GREENE is currently serving a sentence;

    3. That during the time that he was in Reception within the Illinois Department of Corrections EDWARD D. GREENE had very limited ability to communicate with his Attorney.

    4. That as of May 28, 2008 Defendant EDWARD D. GREENE has still not had the opportunity to call his Attorney Daniel E. Radakovich by telephone. In fact, Attorney

Radakovich has received his first letter from his client EDWARD D. GREENE on May 27, 2008.         5.    That Defendant EDWARD D. GREENE has since been transferred to the Taylorville Correctional Center in Taylorville, Illinois which is a considerable distance from Chicago.  Attorney Radakovich will need to make arrangements to visit with his client EDWARD D. GREENE in the Taylorville Correctional Center which Map Quest indicates is a distance of approximately 210.54 miles

      6.   That on May 28, 2008 Attorney Radakovich called Michael L. Brooks, Esquire of Kerns Frost and Pearlman, LLC to see whether the Plaintiff's attorneys had any objection to the above and foregoing motion.  Attorney Radakovich explained the circumstances of Defendant Greene's incarceration and Attorney Radakovich's necessity to travel to Taylorville, Illinois to visit with the Defendant Greene.

      7.   That Attorney Radakovich asked Attorney Michael L. Brooks if Mr. Brooks had any objection to Attorney Radakovich asking for an extension (enlargement) of forty-five days to file his responsive pleading.  Attorney Brooks indicated that he had no objection to the granting of said motion by this Court.  Attorney Brooks also did not object to the forty-five (45) day request by Attorney Radakovich.

      8.   Attorney Radakovich has several matters scheduled for trial, sentencing, post-trial motions and other briefs in the United States District Court for the Northern District of Illinois, the United States District Court for the Northern District of Iowa and the Circuit Court of Cook County, Illinois during the month of June and first two weeks of July which will preclude Attorney Radakovich from, first of all, driving to Taylorville, Illinois to meet with Mr. Greene and then to prepare the responsive pleadings.

9.   That Attorney Radakovich has not previously requested any extensions of time in this matter and has filed his Appearance in a timely fashion.

WHEREFORE, Defendant, EDWARD D. GREENE, respectfully prays this Honorable Court to grant him an additional period of forty-five (45) days to July 14, 2008 to Answer or otherwise plead to the Plaintiff's Complaint at Law.

                    Respectfully submitted,

                    S/Daniel E. Radakovi ch
                    Attorney for Defendant

Daniel E. Radakovich, #20896
Attorney for Plaintiff
900 West Jackson Boulevard, Suite 5-East
Chicago, Illinois  60607
(312)733-5116

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2008, I electronically filed the foregoing Motion for Enlargement of Time to File Responsive Pleadings to Plaintiff's Complaint with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 West Madison Street
Suite 5350
Chicago, Illinois 60602

Jeffery R. Anderson
JEFF ANDERSON AND ASSOCIATES, P. A.
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota, 55101

Joseph G. Skryd
MULHERIN, REHFELDT & VARCHETTO, P. C.
211 South Wheaton Avenue
Suite 200
Wheaton, Illinois 60187