# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | William J. Hibbler | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3003 | **DATE** | 6/5/2008 |
| **CASE TITLE** | Griffin vs. Marquette Manor, et al. | | |

**DOCKET ENTRY TEXT**

Motion by Defendant Edward D. Greene for extension of time to file responsive pleading is granted. Defendant Edward D. Greene is given until 6/13/08 at 9:30 a.m. Parties to submit joint proposed discovery schedule to the Court by 7/3/08.

Docketing to mail notices.

| | Courtroom Deputy Initials: | JHC |
|---|---|---|