IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL GRIFFITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No.   08 CV 3003 |
| | ) | |
| MARQUETTE MANOR BAPTIST CHURCH, | ) | |
| AN ILLINOIS NOT-FOR-PROFIT | ) | |
| CORPORATION and EDWARD D. GREENE, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **June 17, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear in the Northern District Court of Illinois, Eastern Division, before the Honorable Judge Hibbler, Courtroom 1225 and shall then and there present the Defendant's Motion to Dismiss Plaintiff's Complaint, and move for a hearing thereon, *instanter*.

MULHERIN, REHFELDT & VARCHETTO, P.C.

By:  /s Joseph G. Skryd
     Joseph G. Skryd

MULHERIN, REHFELDT & VARCHETTO, P.C.
211 South Wheaton Avenue, Suite 200
Wheaton, IL  60187
630/653-9300

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 9, 2008, I electronically filed the foregoing Motion for Enlargement of Time to File its Responsive Pleading to Plaintiff's Complaint, with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 W. Madison Street
Suite 5350
Chicago, Illinois

Jeffrey R. Anderson
JEFF ANDERSON AND ASSOCIATES, P.A.
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101

Daniel E. Radakovich
Law Office of Daniel E. Radakovich
900 West Jackson Boulevard
Suite 5-East
Chicago, Illinois


      /s Joseph G. Skryd