IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RACHEL GRIFFITH, ) | |
| ) | |
| Plaintiff, ) | |
| -vs- ) | Case No.  08-CV-3003 |
| ) | |
| ) | |
| MARQUETTE MANOR BAPTIST CHURCH, ) | |
| an Illinois not-for-profit Corporation and ) | |
| EDWARD D. GREENE, ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 17, 2008, at 9:30 a.m. or as soon thereafter as counsel may be heard, I shall appear in the Northern District Court of Illinois, Eastern Division, before the Honorable Judge Hibbler, in Courtroom 1225 and shall then and there present the Defendant EDWARD D. GREENE'S Motion to Dismiss Plaintiff's Complaint, and move for a hearing thereon, instanter.

900 West Jackson Boulevard
Suite 5-East
Chicago, IL  60607                    _____
312/733-5116                           DANIEL E. RADAKOVICH,
                                       Attorney for Defendant EDWARD D. GREENE

CERTIFICATE OF SERVICE

       I hereby certify that on June 13, 2008, I electronically filed the foregoing Notice of Motion with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 West Madison Street
Suite 5350
Chicago, Illinois 60602

Jeffery R. Anderson
JEFF ANDERSON AND ASSOCIATES, P. A.
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota, 55101

Joseph G. Skryd
MULHERIN, REHFELDT & VARCHETTO, P. C.
211 South Wheaton Avenue
Suite 200
Wheaton, Illinois 60187

                                                    s/Daniel E. Radakovich
                                                Daniel E. Radakovich, Attorney for Defendant,
                                                EDWARD D. GREENE