## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
## Eastern Division

Rachel Griffith
                                           Plaintiff,

v.                                                             Case No.: 1:08−cv−03003
                                                                     Honorable William J. Hibbler

Marquette Manor Baptist Church, et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 17, 2008:

      MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 6/17/2008 regarding motion to dismiss [17], motion to dismiss [15], motion to remand [12]. Plaintiff's Motion to remand [12] is taken under advisement. Defendants to respond by 6/27/2008. Ruling by mail. Defendants' Motion to dismiss [15], [17] are held in abeyance pending disposition of the motion to remand [12]. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.