IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| RACHEL GRIFFITH, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No.   08 CV 3003 |
| ) | |
| MARQUETTE MANOR BAPTIST CHURCH, ) | |
| AN ILLINOIS NOT-FOR-PROFIT ) | |
| CORPORATION and EDWARD D. GREENE, ) | |
| ) | |
| Defendants. ) | |

**RESPONSE TO PLAINTIFF'S MOTION TO REMAND**

NOW COMES the Defendant, MARQUETTE MANOR BAPTIST CHURCH, (hereinafter referred to as "MARQUETTE"), by and through its attorneys, MULHERIN, REHFELDT & VARCHETTO, P.C., and for its Response to Plaintiff's Motion to Remand, states as follows:

1. In her Motion to Remand, the Plaintiff contends that this Court has no original jurisdiction because both Defendants are citizens of Illinois.

2. However, the Plaintiff's argument is without merit as the Defendant, EDWARD D. GREENE, is a resident of North Carolina. (See Plaintiff's Complaint at Law attached to MARQUETTE's Notice of Removal, Court Doc. No. 1).

3. Although the Defendant, EDWARD D. GREENE, is currently incarcerated in Illinois, he is still a resident of North Carolina for diversity purposes.

4. In determining a party's residence for diversity purposes, the place a party is incarcerated is irrelevant, rather he is a citizen of the state in which he lived prior to his incarceration or the place he intends to reside after his release. Peters v. Astrazeneca LP, 224 Fed. Appx. 503, 505 (7th Cir. 2007); Bontkowski v. Smith, 305 F.3d 757, 763 (7th Cir. 2002).

5. As such, the Defendant, EDWARD D. GREENE, is a resident of North Carolina for diversity purposes as that is the state he resided in prior to his incarceration.

6. In addition, the Defendant, EDWARD D. GREENE, through his attorney in open court stated that he consents to the removal of this action, and would have removed it if MARQUETTE had not done so first.

7. Consequently, this Court has proper diversity jurisdiction over this matter.

WHEREFORE, the Defendant, MARQUETTE MANOR BAPTIST CHURCH, requests that this Honorable Court deny the Plaintiff's Motion to Remand.

Respectfully submitted:

\_s/ Joseph G. Skryd_____
Joseph G. Skryd, One of the Attorneys
for Defendants, MARQUETTE MANOR BAPTIST CHURCH

Joseph G. Skryd
**MULHERIN, REHFELDT & VARCHETTO, P.C.**
211 South Wheaton Avenue, Suite 200
Wheaton, Illinois 60187
(630) 653-9300

## CERTIFICATE OF SERVICE

  I hereby certify that on June 27, 2008, I electronically filed the foregoing Response to Plaintiff's Motion to Remand with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 W. Madison Street
Suite 5350
Chicago, Illinois

Jeffrey R. Anderson
JEFF ANDERSON AND ASSOCIATES, P.A.
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101

Daniel E. Radakovich
LAW OFFICE OF DANIEL E. RADAKOVICH
900 West Jackson Boulevard
Suite 5-East
Chicago, Illinois  60607

              s/ Joseph G. Skryd