IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Rachel Griffith, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 CV 3003 |
| ) | |
| Marquette Manor Baptist Church, an Illinois not- ) | Judge Hibbler |
| for-profit Corporation and Edward D. Greene, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR LEAVE TO FILE *INSTANTER* AFFIDAVIT
REGARDING ATTORNEY FEES**

Plaintiff, Rachel Griffith, moves this Court for an Order granting her attorneys leave to file an affidavit regarding her attorney's fees in this matter. In support of this motion, Griffith states as follows:

1. On July 14, 2008, this Court issued an Order granting Plaintiff's Motion to Remand. In its Order, the Court ordered Defendants to show cause as to why they should not be sanctioned pursuant to Fed.R.Civ.P. 11(b).

2. Plaintiff respectfully suggests that if this Court determines that sanctions are appropriate, this Court consider awarding to Plaintiff the attorney's fees incurred in connection with the Defendants' improper attempt to remove this matter.

3. Accordingly, Plaintiff seeks leave of Court to file an Affidavit of Attorney's Fees documenting the relevant information.

{00047134.DOC}

1

WHEREFORE, Plaintiff Rachel Griffith prays for an order granting her leave to file an affidavit specifying the attorney's fees incurred in connection with the Defendants' attempt to transfer this matter to this Court.

                                                Respectfully submitted,

                                  By:    s/ Michael L. Brooks
                                                  One of Plaintiff's Attorneys

Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 W. Madison St., Ste. 5350
Chicago, IL 60602
(312) 261-4550

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Rachel Griffith, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 08 CV 3003 |
| ) | |
| Marquette Manor Baptist Church, an ) | Judge Hibbler |
| Illinois not-for-profit Corporation and ) | |
| Edward D. Greene, ) | |
| ) | |
| Defendants. | |

### AFFIDAVIT OF MICHAEL BROOKS

I, Michael Brooks, being first duly sworn on oath depose and state as follows:

1. I am a partner with the law firm of Kerns, Frost & Pearlman, LLC and am one of the attorneys representing the plaintiffs in the above-captioned matter. If called upon, I can competently testify to the best of my knowledge regarding each of the facts set forth herein.

2. Attached hereto is a true and accurate report detailing the attorney hours incurred by Plaintiff in response to Defendants' improper attempt to remove this case from the Cook County Circuit Court to this Court.

3. As detailed in the report, I have billed 3.70 hours on this matter in connection with the attempted transfer of this case to federal court and Plaintiff's Motion to Remand this case back to state court. My normal hourly rate is $290 an hour

4. Accordingly, the legal fees for the work performed in connection with the attempted transfer total $1073.00.

{00047140.DOC}

Further Affiant Sayeth Not.

_____
Michael L Brooks

Signed and sworn to before
me on July 18, 2008.

_____

OFFICIAL SEAL
MARCIA MARVIN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/23/11

{00047140.DOC}2

Date: 07/17/2008

## Detail Fee Transaction File List
Kerns, Frost & Pearlman, L.L.C.

Page: 1

| Client | Trans Date | Tmkr | H P | Tcd | Rate | Hours to Bill | Amount | Ref # |
|---|---|---|---|---|---|---|---|---|
| **Transaction Date 05/29/2008** | | | | | | | | |
| 0410.42688 | 05/29/2008 | 24 | P | 1 | 290.00 | 1.10 | 319.00 | 16 |
| | | | | | | | | Review new federal court filings. Confer with Greene's attorney. Review federal statutes on diversity of citizenship cases. John E. Doe Marquette Baptist (Rachel Griffith) |
| **Total for Transaction Date 05/29/2008** | | | | | Billable | 1.10 | 319.00 | |
| **Transaction Date 06/02/2008** | | | | | | | | |
| 0410.42688 | 06/02/2008 | 24 | P | 1 | 290.00 | 1.10 | 319.00 | 17 |
| | | | | | | | | Draft motion to remand case to state court and review law on same. John E. Doe Marquette Baptist (Rachel Griffith) |
| **Total for Transaction Date 06/02/2008** | | | | | Billable | 1.10 | 319.00 | |
| **Transaction Date 06/10/2008** | | | | | | | | |
| 0410.42688 | 06/10/2008 | 24 | P | 1 | 290.00 | 0.40 | 116.00 | 19 |
| | | | | | | | | Review newly filed motion and draft cover letter to Judge Hibbler. John E. Doe Marquette Baptist (Rachel Griffith) |
| **Total for Transaction Date 06/10/2008** | | | | | Billable | 0.40 | 116.00 | |
| **Transaction Date 06/17/2008** | | | | | | | | |
| 0410.42688 | 06/17/2008 | 24 | P | 1 | 290.00 | 1.10 | 319.00 | 26 |
| | | | | | | | | Prepare for and attend court hearing on Motion for Remand. John E. Doe Marquette Baptist (Rachel Griffith) |
| **Total for Transaction Date 06/17/2008** | | | | | Billable | 1.10 | 319.00 | |
| | | | | | **GRAND TOTALS** | | | |
| | | | | | Billable | 3.70 | 1073.00 | |

amc