IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| Rachel Griffith, )<br>)<br>      Plaintiff, )<br>)<br>vs. )<br>)<br>Marquette Manor Baptist Church, an Illinois )<br>not-for-profit Corporation and Edward D. )<br>Greene, )<br>)<br>      Defendants. | Case No.: 08 CV 3003<br><br>Judge Hibbler |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, July 29, 2008 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable William J. Hibbler in the courtroom usually occupied by him in Room 1225 of the Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois and shall then and there present Plaintiff's **MOTION FOR LEAVE TO FILE *INSTANTER* AFFIDAVIT REGARDING ATTORNEY FEES.**

                                      Respectfully submitted,


                             By:  s/ Michael L. Brooks
                                  One of Plaintiff's Attorneys

Marc J. Pearlman
Michael L. Brooks
David A. Argay
KERNS, FROST & PEARLMAN, LLC
70 W. Madison St., Ste. 5350
Chicago, IL 60602
(312) 261-4550

{00047145.DOC}

## CERTIFICATE OF SERVICE

I, Michael L. Brooks, an attorney, state that I served a copy of the foregoing **MOTION FOR LEAVE TO FILE *INSTANTER* AFFIDAVIT REGARDING ATTORNEY FEES** on the persons listed below by electronic filing with the Clerk of the United States District Court for the Northern District of Illinois on July 18, 2008.

| | |
|---|---|
| Joseph G. Skryd | Daniel E. Radakovich |
| Matthew R. Schreck | Law Office of Daniel E. Radakovich |
| Mulherin, Rehfeldt & Varchetto, P.C. | 900 West Jackson Boulevard |
| 211 South Wheaton Avenue | Suite 5-East |
| Suite 200 | Chicago, Illinois 60607 |
| Wheaton, Illinois 60187 | |

                                                                                  s/ Michael L. Brooks

{00047145.DOC}