UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Rachel Griffith
                                        Plaintiff,
v.                                                      Case No.: 1:08−cv−03003
                                                        Honorable William J. Hibbler
Marquette Manor Baptist Church, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, July 29, 2008:

    MINUTE entry before the Honorable William J. Hibbler: Motion hearing held on 7/29/2008 regarding motion for leave to file [23]. Plaintiff's Motion for leave to file instanter affidavit regarding attorneys fees [23] is granted. Defendants to file a joint response to plaintiff's attorney fees and the Court's rule by 8/12/2008. Ruling by mail. Mailed notice (jdh)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.