IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL GRIFFITH, | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 CV 3003 |
| v. | ) | |
| | ) | Judge William J. Hibbler |
| MARQUETTE MANOR BAPTIST CHURCH | ) | Magistrate Judge Arlander Keys |
| (AN ILLINOIS NOT-FOR-PROFIT | ) | |
| CORPORATION) and EDWARD D. GREENE | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT GREENE'S RESPONSE TO COURT'S ORDER TO SHOW CAUSE AND PLAINTIFF'S MOTION FOR ATTORNEY'S FEES

NOW COMES the Defendant herein, EDWARD D. GREENE, by and through his attorney, DANIEL E. RADAKOVICH, and as and for his Joint Response to both this Honorable Court's Order to Show Cause (why Defendant should not be sanctioned pursuant to Rule 11(c)(3)) entered on July 14, 2008 as well as the Plaintiff's Motion for Attorney's Fees (filed on July 18, 2008) and in support whereof states as follows:

1. The Notice of Removal was originally filed on May 22, 2008 by Defendant Marquette Manor Baptist Church (reference document number 1).

2. As the Court correctly notes in the "Statement" dated July 14, 2008 and attached to the Minute entry of July 16, 2008 (document number 22) defendant Marquette Manor "removed the case, prior to obtaining consent of the second Defendant Edward Greene."

3. Defendant Greene filed his Appearance (document number 7) and Motion for Enlargement of Time to File Responsive Pleadings (document number 8) on May 30, 2008. On that date (May 30, 2008) the case was no longer pending in the Law Division of the Circuit Court of Cook County, Illinois, but was pending in this Honorable Court.

4. Defendant Greene's original substantive motion was "Defendant Greene's Motion to Dismiss Plaintiff's Complaint" (document number 17) which was a motion that had merit since the Plaintiff herein has serious and substantial statute of limitation "problems" with their case.

5. The only potentially-sanctionable pleading/motion filed by the Defendant Greene was "Defendant Greene's Response to Plaintiff's Motion to Remand" filed on June 27, 2008 as document number 21. This Response filed by Defendant Greene on June 27, 2008 appears to have been filed post (after) the 3.70 hours which are the subject of Attorney Michael Brooks' Affidavit and attached Detailed Fee Transaction (which appears to list the 3.70 hours billed by Attorney Brooks as all having occurred prior to Defendant Greene's Response to Plaintiff's Motion to Remand).

6. Defendant Greene takes no exception to the Affidavit of (Attorney) Michael Brooks nor the Detailed Fee Transaction attached thereto nor to Attorney Brooks' hourly fee of two hundred ninety dollars ($290.00).

7. Defendant Greene did not improperly attempt to remove this case from the Circuit Court of Cook County, Illinois in that the case had already been removed when Defendant Greene filed his Appearance on May 30, 2008.

WHEREFORE, Defendant Greene respectfully prays this Honorable Court for the following relief:

    A. To not assess sanction Defendant Greene for the Notice of Removal filed by the Defendant Marquette Manor in this matter prior to Defendant Greene's Appearance and Motion for Enlargement of Time both filed on May 30, 2008;

    B. To not assess Plaintiff's Attorney's Fees against Defendant Greene;

    C. That if this Honorable Court decides to enter sanctions against Defendant

Greene that they are entered only as to Defendant Greene's Response to Plaintiff's Motion to Remand and in "proportion" to the pleadings filed by Defendant Marquette Manor; and

    D.  For such other and further relief as this Honorable Court deems to be necessary, proper and just.

Respectfully Submitted,

<u>s/Daniel E. Radakovich</u>
Daniel E. Radakovich, Attorney for Defendant,
EDWARD D. GREENE

Daniel E. Radakovich
900 W. Jackson Ave
Suite 5-E
Chicago Il, 60607
312/733-5116